# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SAMANTHA MIATA, BRIAN ABERMAN, JACK ABERMAN and GEA SEASIDE INVESTMENT, INC.,

      Plaintiffs,

v.                                                Case No: 6:14-cv-1428-Orl-31KRS

CITY OF DAYTONA BEACH,

      Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Mediation Disposition Report (Doc. 72), it is

**ORDERED** that this case is **DISMISSED** without prejudice pursuant to Local Rule 3.08(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings. Any pending motions are **DENIED** as moot. The member case 6:15-cv-338-Orl-31KRS remains pending. The Clerk is directed to docket a copy of this order in 6:15-cv-338-Orl-31KRS and thereafter close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 30, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party